460 A.2d 850

Commonwealth, Appellant v. Jones And Sirchie.
Petition for Allowance of Appeal
Granted Sept. 19, 1983.

Before McEWEN, JOHNSON and HOFFMAN, JJ.

Order affirmed.